1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Tanya N. Lewis, Esq.
   Nevada Bar No. 8855
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   kdove@swlaw.com
6  tlewis@swlaw.com

7  *Attorneys for Defendant*
   *Wells Fargo Bank, N.A.*
8

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL J. STATH,

    Plaintiff,

vs.

WELLS FARGO, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,

    Defendants.

Case No. 2:17-cv-02162-JCM-GWF

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>WELLS FARGO BANK, N.A. ONLY</u>**

    Plaintiff Michael J. Stath and Defendant Wells Fargo Bank, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **<u>ONLY as to WELLS FARGO BANK, N.A. incorrectly sued as WELLS FARGO HOME MORTGAGE,</u>** with prejudice. Each party shall bear its own attorneys' fees, and costs of suit.

///

///

///

///

///

///

1  Dated February 2, 2018

| 2 | **PAYNE LAW FIRM, LLC** | **SNELL & WILMER L.L.P.** |
|---|---|---|
| 3 | By: */s/ Sean N. Payne*<br>Sean N. Payne, Esq. | By: */s/ Tanya N. Lewis*<br>Kelly H. Dove, Esq. |
| 4 | Nevada Bar No. 13216 | Nevada Bar No. 10569 |
| 5 | PAYNE LAW FIRM, LLC<br>9550 S. Eastern Ave., Ste 253-A213 | Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855 |
| 6 | Las Vegas, NV 89123 | 3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 |
| 7 | *(signed with permission)* | *Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |
| 8 | Matthew I. Knepper, Esq.<br>Nevada Bar No. 9086 | |
| 9 | Miles N. Clark, Esq.<br>KNEPPER & CLARK, LLC | |
| 10 | 1004 W. Cheyenne Ave., Ste 170-109<br>Las Vegas, NV 89129 | |
| 11 | | |
| 12 | David H. Krieger, Esq. | |
| 13 | HAINES & KRIEGER, LLC<br>Nevada Bar No. 9086 | |
| 14 | 8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 | |
| 15 | | |
| 16 | *Attorneys for Plaintiff*<br>*Michael J. Stath* | |
| 17 | **NAYLOR & BRASTER** | **SNELL & WILMER L.L.P.** |
| 18 | By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster, Esq. | By: */s/ Bradley T. Austin*<br>Bradley T. Austin, Esq. |
| 19 | Nevada Bar No. 9982 | Nevada Bar No. 13064 |
| 20 | NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200 | Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855 |
| 21 | Las Vegas, NV 89145 | 3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 |
| 22 | *Attorneys for Defendant Experian Information Solutions, Inc.* | *Attorneys for Defendant*<br>*Equifax Information Services LLC* |
| 23 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** | |
| 24 | | |
| 25 | By: */s/ Jason G. Revzin*<br>Jason G. Revzin, Esq. | |
| 26 | Nevada Bar No. 9982<br>6385 S. Rainbow Blvd., Suite 600 | |
| 27 | Las Vegas, NV 89118<br>*Attorneys for Defendant Trans Union LLC* | |
| 28 | | |

## **ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A. is dismissed from this case, with prejudice.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED February 5, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

On February 2, 2018, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

4828-3637-9227

- 4 -