# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL J. STATH, | Case No. 2:17-CV-2162 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| WELLS FARGO,K N.A., et al., | |
| Defendant(s). | |

Presently before the court is defendant Trans Union LLC's motion for judgment on the pleadings. (ECF No. 30). Plaintiffs Michael Stath and Victoria Stath filed a response (ECF No. 33), to which defendant replied (ECF No. 37).

Also before the court is plaintiffs' counter-motion for partial summary judgment. (ECF No. 35). Defendant filed a response (ECF No. 42).

Also before the court is defendant's motion to strike plaintiffs' motion for partial summary judgment and plaintiffs' response to defendant's motion for judgment on the pleadings. (ECF No. 41).

On February 5, 2018, plaintiffs submitted separate notices of acceptance of defendant's offers of judgment. (ECF Nos. 45, 46). Plaintiffs attached to their notices defendant's offers of judgment as to each plaintiff. (ECF Nos. 45-1, 46-1). Per the offers of judgment, defendant agrees to accept adverse judgments in exchange for dismissal of all of plaintiffs' claims with prejudice. (ECF Nos. 45-1, 46-1).

The court directs plaintiffs to prepare proposed judgments consistent with the offers of judgment. In light of plaintiffs' acceptance of defendant's offer of judgment, the parties competing motions are moot.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that defendant's motion for judgment on the pleadings (ECF No. 30) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiffs' counter-motion for partial summary judgment (ECF No. 35) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant's motion to strike (ECF No. 41) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiffs shall prepare a proposed judgment consistent with the offers of judgment and submit it to this court within thirty (30) days for approval.

DATED February 6, 2018.

_____
UNITED STATES DISTRICT JUDGE